UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS BURKETT, derivatively on behalf of SATCON TECHNOLOGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES S. RHOADES, JOHN M. CARROLL, PHILIP J. DEUTCH, DANIEL R. DWIGHT, JAMES L. KIRTLEY, JR., DAVID J. PREND, and ROBERT G. SCHOENBERGER,<br><br>Defendants. | Case No. 1:11-cv-11379 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and in light of the bankruptcy filed by Satcon Technology Corporation (*see* Suggestion of Bankruptcy, filed October 25, 2012 (DKT No. 28)), Plaintiff Thomas Burkett and Defendants Charles S. Rhoades, John M. Carroll, Philip J. Deutch, Daniel R. Dwight, James L. Kirtley, Jr., David J. Prend, and Robert G. Schoenberger (collectively "Defendants," and together with the Plaintiff, "the Parties"), hereby stipulate to the dismissal of this action without prejudice. This dismissal is without costs to any party and with all parties bearing their own attorneys' fees and other expenses.

Respectfully submitted,

| | |
|---|---|
| /s/ Mitchell J. Matorin | /s/ James W. Prendergast |
| | |
| Mitchell J. Matorin (BBO #649304) | Jeffrey B. Rudman (BBO #433380) |
| Matorin Law Office LLC | James W. Prendergast (BBO #553073) |
| 200 Highland Avenue, Third Floor | Michael G. Bongiorno (BBO #558748) |
| Needham, MA  02494 | Peter A. Spaeth (BBO #545202) |
| Tel: (781) 453-0100 | James T. Lux (BBO #669797) |
| Fax: (888) 628-6746 | Wilmer Cutler Pickering Hale and Dorr LLP |
| | 60 State Street |
| Nicholas Porritt | Boston, MA  02109 |
| Joseph Levi | Tel: (617) 526-6000 |
| Levi & Korsinsky, LLP | Fax: (617) 526-5000 |
| 30 Broad Street, 15th Floor | |
| New York, NY  10004 | COUNSEL FOR DEFENDANTS |
| Tel: (212) 363-7500 | |
| Fax: (212) 363-7171 | |
| | |
| COUNSEL FOR PLAINTIFF | |

Dated:  August 12, 2013

## **CERTIFICATE OF SERVICE**

  I, James W. Prendergast, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

August 12, 2013

                    /s/ James W. Prendergast
                    James W. Prendergast